**Entered on Docket
June 30, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

FILED

JUN 30 2005

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| IN RE:<br>COMMERCEROUTE, INC.<br><br>(Debtors) | Case Number: 03-47237-T7<br>Chapter 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

( ) The deposit required by the plan has been distributed.

**IT IS ORDERED THAT :**

(X) Tevis T. Thompson, Jr., is discharged as Trustee of the estate of the above named debtor(s) and the
      bond is cancelled;

(X) the Chapter 7 case of the above named debtor(s) is closed; and

( ) other provisions as needed:

Date    JUN 30 2005

_____
UNITED STATES BANKRUPTCY JUDGE